**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **JANNICE IVEY** § | |
| *Plaintiffs,* § | |
| § | |
| VS. § | CIVIL ACTION NO. _____ |
| § | |
| **POLK COUNTY, SHERIFF BYRON** § | |
| **LYONS, DEPUTY DOES 1-4,** § | **JURY DEMANDED** |
| *Defendants.* § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW DEFENDANTS, POLK COUNTY, TEXAS, and SHERIFF BYRON LYONS, and file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, would show the Court the following:

1. On or about JULY 13, 2023, Plaintiff filed her original petition in n the 258tht Judicial District Court of Polk County, Texas, Cause No. 21-2987-C, naming Polk County and Sheriff Byron Lyons as Defendants.[1] Exhibit C, Original Petition.  Defendant Polk County, Texas was served with the petition on July 25,2023.  Exhibit E., Citation to Polk County, Texas.  Defendant Sheriff Byron Lyons was not formally served that day, but he did receive a copy of the petition.   Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446 (b)(1).

---

[1] Also listed as defendants are "Deputy Doe 1, Deputy Doe 2, Deputy Doe 3 and Deputy Doe 4," who are allegedly Polk County employees. These Defendants have not been identified or served, but undersigned counsel anticipates that any Polk County employees will file a notice of removal within the time allowed by 28 U.S.C. §1446(b), if they are identified and served,

2.     **Grounds for Removal**.  Plaintiff's claims against Defendants are based on claims for alleged deprivation of constitutional rights, brought pursuant to 42 U.S.C. §1983, which states in pertinent part, as follows:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress . . .

42 U.S.C. § 1983.  Specifically, Plaintiff alleges that she has suffered violations of her Fourth and Fourteenth Amendments.  Exhibit C, Original Petition, p. 3. Plaintiff also brings related claims based on *Monell* and on failure to train, supervise and discipline.  *Id*. pp. 3-5. Consequently, this Court has federal question jurisdiction over Plaintiff's constitutional claims pursuant to 28 U.S.C. §1331, which grants district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  There appear to be no claims based solely on state law.

3.     **Compliance With Removal Statutes**.  This Defendant has complied with the requirements for removal set forth in 28 U.S.C. § 1446(b). Accordingly, this Notice of Removal, filed within thirty days of receipt by these Defendants, is timely.

4.     This Defendant provides the following information:

**a.    List of Parties:**

Plaintiff:        Jannice Ivey

Defendants:   Polk County, Texas, Polk County Sheriff Byron Lyons, Deputy Doe 1, Deputy Doe 2, Deputy Doe 3, Deputy Doe 4 (no Deputy Doe has been identified or served)

 b. **Attachments:**

  1. Civil Cover Sheet (Ex. A)
  2. Copy of State Court Docket Sheet (Ex. B)
  3. Original Petition (Ex. C)
  4. Defendant's Answer in State Court, Affirmative Defenses and Jury Demand (Ex. D)
  5. Citation to Polk County (Ex. E)
  6. Defendant's Jury Demand is found in Exhibit D, ¶ 10.

 c. **List of Parties / Attorneys to date:**

**Plaintiff:**

Jannice Ivey

**Counsel for Plaintiff**

U.A. Lewis
Lewis Law Group
Texas Bar No. 24076511
PO BOX 27353 Houston, TX 77227
T(713) 570-6555
F (713) 581-1017
Attorney for Plaintiff
myattorneyatlaw@gmail.com

**Defendants:**

Polk County Texas
Sheriff Byron Lyons

**Counsel for Defendants Polk County, Texas and Sheriff Byron Lyons**

Robert S. Davis
Lead Counsel
State Bar No. 05544200
FLOWERS DAVIS, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
903.534.8063
903.534.1650 Facsimile
rsd@flowersdavis.com

**Defendants:**

Deputy Doe 1, Deputy Doe 2, Deputy Doe 3, Deputy Doe 4 (no Deputy Doe has been identified or served)

    d.    Defendants Polk County Texas and Sheriff Byron Lyons have answered in state court and have demanded a jury trial. As part of his removal, Defendant makes a demand for a jury. See Attachment D, ¶ 10.

    e.    This case is being removed from the 258th Judicial District Court of Polk County, Texas, 101 W Mill St. Ste. 286, Livingston, TX

    f.    This Notice of Removal is filed pursuant to Rule 11, Federal Rules of Civil Procedure.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com

**ATTORNEYS FOR DEFENDANTS**
**ATTORNEYS FOR DEFENDANTS POLK COUNTY TEXAS AND SHERIFF BYRON LYONS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on August 22, 2023, in the following manner:

    X    Via ECF

_____
**Robert S. Davis**